*J. H. Brown* and *J. Park*, for the appellant.

*R. A. Chandler*, for the appellee.

— • ◦ • —

## SPICELY *v.* TRUE.

APPEAL from the *Orange* Court of Common Pleas.

*Per Curiam.*—It appears that *True* and *Spicely* were engaged together in buying and shipping wheat for others. *True* settled with those for whom the purchases were made, and, for a certain part of the wheat, was compelled to deduct a specific sum per bushel from the usual price, because the same was damaged. *True* then sued *Spicely* for money had and received, money laid out and expended —the principal items of the claim being the one-half the loss on the damaged wheat, and the one-half the commission for buying, &c.

There was no evidence of the amount paid for the damaged wheat, nor of the amount obtained therefor. Nor was there any evidence of the state of the account between the partners, nor of any demand for a settlement or payment of any balance claimed to be due, if such demand was necessary.

*May Term, 1860.*

SPICELY
*v.*
TRUE.

*Monday, June 11.*

May Term,
1860.

A new trial should have been granted.

The judgment is reversed with costs.   Cause remanded, &c.

*J. Baker*, for the appellant.